**No. 10-333. Gary Swarthout, Warden, Petitioner v. Damon Cooke; and Matthew Cate, Secretary, California Department of Corrections and Rehabilitation, Petitioner v. Elijah Clay.**

563 U.S. 930, 131 S. Ct. 1845, 179 L. Ed. 2d 796, 2011 U.S. LEXIS 2603.

April 4, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 216, 131 S. Ct. 859, 178 L. Ed. 2d 732, 2011 U.S. LEXIS 1067.

**No. 10-6179. Markos Pappas and Gordon Lauria, Petitioners v. United States.**

563 U.S. 930, 131 S. Ct. 1845, 179 L. Ed. 2d 796, 2011 U.S. LEXIS 2600.

April 4, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1182, 131 S. Ct. 996, 178 L. Ed. 2d 832, 2011 U.S. LEXIS 736.

**No. 10-6283. Barry Adams, Petitioner v. High Purity Systems, Inc., et al.**

563 U.S. 930, 131 S. Ct. 1846, 179 L. Ed. 2d 796, 2011 U.S. LEXIS 2607.

April 4, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1223, 131 S. Ct. 1467, 179 L. Ed. 2d 311, 2011 U.S. LEXIS 1413.

**No. 10-6953. Robert Earl Hackney, Petitioner v. Blaine Lafler, Warden.**

563 U.S. 930, 131 S. Ct. 1846, 179 L. Ed. 2d 796, 2011 U.S. LEXIS 2611.

April 4, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1142, 131 S. Ct. 910, 178 L. Ed. 2d 761, 2011 U.S. LEXIS 122.

**No. 10-7153. Guy T. Harris, Petitioner v. Virginia.**

563 U.S. 930, 131 S. Ct. 1846, 179 L. Ed. 2d 796, 2011 U.S. LEXIS 2614.

April 4, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1114, 131 S. Ct. 833, 178 L. Ed. 2d 567, 2010 U.S. LEXIS 9716.

**No. 10-7356. Samuel Windham, Jr., Petitioner v. California Department of Corrections, et al.**

563 U.S. 930, 131 S. Ct. 1846, 179 L. Ed. 2d 796, 2011 U.S. LEXIS 2608.

April 4, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1152, 131 S. Ct. 979, 178 L. Ed. 2d 778, 2011 U.S. LEXIS 292.

**No. 10-7359. Patricia A. Handley, Petitioner v. Chase Bank USA N.A., et al.**

563 U.S. 930, 131 S. Ct. 1846, 179 L. Ed. 2d 796, 2011 U.S. LEXIS 2604.

April 4, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1225, 131 S. Ct. 1475, 179 L. Ed. 2d 315, 2011 U.S. LEXIS 1403.